AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Yeakel III, Earl L. | 2. Court or Organization<br><br>District Court, W.D. Texas | 3. Date of Report<br><br>05/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
501 West 5th Street
Austin, Texas 78701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of Texas Longhorn Foundation Advisory Council |
| 2. | Member | Texas Commission on Uniform State Laws |
| 3. | Member | National Conference of Commissioners on Uniform State Laws |
| 4. | Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 5. | President | Hon. Lee Yeakel Intellectual Property American Inn of Court |
| 6. | Trustee | Austin Rotary Club Foundation |
| 7. | Trustee | American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Employees Retirement System of Texas - Retirement |
| 2. | 2015 | Beck Benefits Company - Commission Sales |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | January 15-16, 2015 | San Antonio, Texas | 31st Annual Litigation Update Institute | Transportation, Meals, & Lodging |
| 2. | National Conference of Commissioners on Uniform State Laws | January 28-February 1, 2015 | Tucson, Arizona | Committee on Style Meeting | Transportation, Meals, & Lodging |
| 3. | National Conference of Commissioners on Uniform State Laws | February 26-March 2, 2015 | Washington, D.C. | Drafting Committee Meeting | Transportation, Meals, & Lodging |
| 4. | National Conference of Commissioners on Uniform State Laws | April 29-May 3, 2015 | Hartford, Connecticut | Committee on Style Meeting | Transportation, Meals, & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel III, Earl L. | 05/09/2016 |

| 5. | American Conference Institute | May 28-30, 2015 | New York, New York | 24th National Forum on Wage & Hour Claims & Class Actions | Transportation, Meals, & Lodging |
|---|---|---|---|---|---|
| 6. | National Conference of Commissioners on Uniform State Laws | September 8-13, 2015 | Chicago, Illinois | Committee on Style Meeting | Transportation, Meals & Lodging |
| 7. | Houston Intellectual Property Law Association | September 24-26, 2015 | Galveston, Texas | 31st Annual Institute on Intellectual Property Law | Transportation, Meals, & Lodging |
| 8. | American Conference Institute | September 28-29, 2015 | San Francisco, California | 25th National Forum on Wage & Hour Claims & Class Actions | Transportation, Meals, & Lodging |
| 9. | Hon. Lee Yeakel Intellectual Property American Inn of Court | October 26-27, 2015 | Austin, Texas | Visit by Members of Inner Temple Inn of Court, London, England, United Kingdom | Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prosperity Bank | Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SCHW Common Stock | A | Dividend | J | T | | | | | |
| 2. CVX Common Stock | C | Dividend | L | T | Sold (part) | 11/09/15 | J | A | |
| 3. XOM Common Stock | A | Dividend | K | T | | | | | |
| 4. F Common Stock | A | Dividend | J | T | | | | | |
| 5. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 6. Rogers Communications, Inc. Class B Common Stock | A | Dividend | K | T | | | | | |
| 7. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 8. LUV Common Stock | B | Dividend | M | T | | | | | |
| 9. SPND.OB Common Stock | | None | J | T | | | | | |
| 10. DIS Common Stock | A | Dividend | J | T | | | | | |
| 11. Fidelity Blue Chip Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 12. Fidelity Blue Chip Growth Mutual Fund | C | Distribution | | | | | | | |
| 13. Fidelity China Region Mutual Fund | A | Dividend | J | T | | | | | |
| 14. Fidelity China Region Mutual Fund | B | Distribution | | | | | | | |
| 15. Fidelity New Millenium Mutual Fund | A | Dividend | K | T | | | | | |
| 16. Fidelity New Millennium Mutual Fund | C | Distribution | | | | | | | |
| 17. Fidelity Municipal Money Market Mutual Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Municipal Money Market Mutual Fuind | A | Distribution | | | | | | | |
| 19. Fidelity US Gov't Reserves Mutual Fund | A | Dividend | | | Distributed | 11/20/15 | K | A | |
| 20. Fidelity Gov't Money Market Premium Class | A | Dividend | L | T | Spinoff (from line 18) | 11/20/15 | K | | |
| 21. Vanguard Total Stock Market Index Admiral Mutual Fund | A | Dividend | K | T | | | | | |
| 22. Prosperity Bank (CD) | A | Interest | L | T | | | | | |
| 23. Prosperity Bank (CD) | A | Interest | K | T | | | | | |
| 24. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 25. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 26. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 27. Wells Fargo Bank (Savings) | A | Interest | M | T | | | | | |
| 28. Alps ETF Tr Alerian MLP | A | Distribution | J | T | Sold (part) | 11/09/15 | J | A | |
| 29. Altria Group Inc Common Stock | A | Dividend | J | T | | | | | |
| 30. American Electric Power Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 31. Bank of Montreal Common Stock | A | Dividend | J | T | | | | | |
| 32. Bank of Nova Scotia Common Stock | A | Dividend | | | Sold | 11/09/15 | J | A | |
| 33. BCE Inc Common Stock | A | Dividend | J | T | | | | | |
| 34. Dominion Resources Inc VA Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisor Emerging Markets Income Fund FMKIX | A | Dividend | | | Sold | 12/29/15 | K | A | |
| 36. HSBC Holdings PLC | A | Dividend | J | T | | | | | |
| 37. Merck & Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 38. Microchip Technology Inc. Common Stock | A | Dividend | J | T | | | | | |
| 39. Microchip Technology Inc. Common Stock | A | Distribution | | | | | | | |
| 40. Lockheed Martin Corp Common Stock | A | Dividend | J | T | | | | | |
| 41. Lorillard Inc Common Stock | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 42. Ventas Inc. Common Stock | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 43. GlaxoSmithKline PLC | A | Dividend | J | T | Buy | 03/11/15 | J | | |
| 44. Simon Property Group Inc. | A | Dividend | J | T | Buy | 03/11/15 | J | | |
| 45. Simon Property Group Inc. | A | Distribution | | | | | | | |
| 46. Prime Money Market Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 47. Federated Gov't Obl. Tax Mgd. Fund #636 | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 48. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 01/07/15 | J | | |
| 49. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 01/21/15 | J | | |
| 50. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 02/03/15 | J | | |
| 51. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 02/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 03/03/15 | J | A | |
| 53. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 04/01/15 | J | A | |
| 54. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 04/02/15 | J | | |
| 55. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 05/04/15 | J | | |
| 56. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 05/26/15 | J | A | |
| 57. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 06/02/15 | J | A | |
| 58. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/02/15 | J | | |
| 59. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/07/15 | J | | |
| 60. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/20/15 | J | | |
| 61. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 08/04/15 | J | | |
| 62. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 08/18/15 | J | | |
| 63. Federal Home Loan Bank 2.20% Note | A | Interest | K | T | | | | | |
| 64. Federal Home Loan Bank 1.45% Note | A | Interest | K | T | | | | | |
| 65. Federal Farm Credit Bank 3.45% Note | A | Interest | K | T | | | | | |
| 66. U.S. Treasury 5.5% Note | D | Interest | M | T | | | | | |
| 67. Luby's Inc. | | None | J | T | | | | | |
| 68. United States Series I Savings Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 5: The Hon. Lee Yeakel Intellectual Property American Inn of Court was formerly the Austin Intellectual Property Chapter, American Inns of Court and so designed on previous reports.

Part VII, Lines 19 & 20: The descriptions are a bit inaccurate, because the program would not let me reflect on line 19 that the disposition was a merger with Line 20; likewise, the program would not let me reflect on line 20 that the acquisition was a merger with Line 19. Fidelity US Gov't Reserves Mutual Fund merged with Fidelity Gov't Money Market Premium Class. The shares exchanged at par. There was no cash paid or received.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Earl L. Yeakel III**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544